# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE LEPERA, | **:** | CASE NO. 3:13-cv-02077-GBC |
| | **:** | |
| Plaintiff, | **:** | (MAGISTRATE JUDGE COHN) |
| | **:** | |
| v. | **:** | ORDER TO DENY PLAINTIFF'S APPEAL, |
| | **:** | AFFIRM THE DECISION OF THE |
| CAROLYN W. COLVIN, | **:** | COMMISSIONER, AND CLOSE THE CASE |
| ACTING COMMISSIONER OF | | |
| SOCIAL SECURITY, | **:** | Docs. 1,7,9,12 |
| | **:** | |
| Defendant. | **:** | |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1.  This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2.  The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3.  The decision of the Commissioner of Social Security denying Stephanie Lepera supplemental security income is affirmed; and

4.  The Clerk of Court shall close this case.

Dated: October 17, 2014                  s/Gerald B. Cohn
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE